**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 9 EM 2020 |
| | : | |
| Respondent | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| BRYAN BROWN-CAMP, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW,** this 20th day of April, 2020, the Petition for Leave to File a Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED. The Prothonotary is DIRECTED to accept the submitted allocatur petition for filing.